UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barry Mitchell Page,

    Plaintiff,
v.                                ORDER
                                     Civil No. 05-1906(MJD/JJG)

Chris W. et al.,

    Defendants.

---

The above-entitled matter comes before the Court upon the Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 24, 2005.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court will not adopt the Report and Recommendation dated October 24, 2005, and remand this matter to the Magistrate Judge now assigned this case.

IT IS HEREBY ORDERED that this matter is remanded to the Magistrate Judge.

Date: November 7, 2005

                                                    <u>s/ Michael J. Davis</u>
                                                    Michael J. Davis
                                                    United States District Court