UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-1906 (MJD/JJG)

BARRY MITCHELL PAGE,

       Plaintiff,

                                  ORDER

v.

CHRIS W., et al.,

       Defendants.

Based upon Plaintiff's Motion to Voluntarily Dismiss, (Doc. #15), and the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Voluntarily Dismiss, (Doc. #15), is **GRANTED**; and

2. The above-captioned matter is **DISMISSED** without prejudice.

Dated: February 22, 2006

                                         s / Michael J. Davis
                                         MICHAEL J. DAVIS
                                         Judge, U.S. District Court